UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  2:26-cv-07184-MWC-E                                    Date: July 7, 2026

Title:     Lamar Myers v. Back Home R and K, Inc., *et al.*


Present:  The Honorable Michelle Williams Court, United States District Judge


|            T. Jackson            |           Not Reported            |
| :------------------------------: | :-------------------------------: |
|           Deputy Clerk           |      Court Reporter / Recorder     |

|  Attorneys Present for Plaintiffs:  |  Attorneys Present for Defendants:  |
| :---------------------------------: | :---------------------------------: |
|                N/A                  |                N/A                  |


**Proceedings:      (IN   CHAMBERS)   ORDER   TO   SHOW   CAUSE   RE: SUPPLEMENTAL JURISDICTION**

Plaintiff's complaint asserts claims for damages and injunctive relief arising out of alleged violations of the Americans with Disabilities Act ("ADA"), California's Unruh Civil Rights Act ("Unruh Act"), the California Disabled Persons Act, California Health & Safety Code § 19955 *et seq.*, and based on a theory of negligence.  *See* Dkt. # 1.  The Court **ORDERS** Plaintiff to show cause in writing no later than **Friday, July 17, 2026** why it should not decline to exercise supplemental jurisdiction over the Unruh Act and any related state law claims.  *See* 28 U.S.C. §§ 1367(c)(4); *Arroyo v. Rosas*, 19 F.4th 1202 (9th Cir. 2021).

The response to this Order to Show Cause must identify the amount of statutory damages Plaintiff seeks to recover.  Plaintiff and Plaintiff's counsel must also support their responses to the Order to Show Cause with declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if they satisfy the definition of a "high-frequency litigant" as provided by California Civil Procedure Code §§ 425.55(b)(1) & (2).

Failure to respond as ordered will result in the Court declining to exercise supplemental jurisdiction over the Unruh Act and related state law claims and dismissing those claims without prejudice pursuant to 28 U.S.C. § 1367(c).


| CV-90 (03/15) | Civil Minutes – General | Page **1** of **2** |
| :--- | :---: | ---: |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-07184-MWC-E                                      Date: July 7, 2026

Title:     Lamar Myers v. Back Home R and K, Inc., *et al.*


**IT IS SO ORDERED.**


                                                   :

**Initials of Preparer**     TJ